**George WEBBER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 34045.**

Missouri Court of Appeals, Western District.

Sept. 27, 1983.

Russell C. Still, Columbia, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before TURNAGE, C.J., and DIXON and CLARK, JJ.

## ORDER

PER CURIAM.

Appeal under Rule 27.26 for post-conviction relief.

Judgment affirmed. Rule 84.16(b).

**STATE of Missouri, Respondent,**

v.

**Larry BRUCE, Appellant.**

**No. WD 34120.**

Missouri Court of Appeals, Western District.

Sept. 27, 1983.

L.R. Magee of Hines & Magee, Kansas City, for appellant.

John Ashcroft, Atty. Gen., George Cox, Asst. Atty. Gen., Jefferson City, for respondent.

Before Somerville, P.J., Shangler, and Manford, JJ.

## ORDER

PER CURIAM:

This is a direct appeal from a jury conviction for robbery, second degree, in violation of § 569.030, RSMo 1978.

No jurisprudential purpose would be served by written opinion.

Judgment affirmed. All concur. Rule 30.25(b).